Salah Khatib, Esq. (SBN 330359)
Abusharar and Associates
501 N. Brookhurst St. #202
Anaheim, CA 92801
Tel: 714-535-5600
Fax: 714-535-5605
Email: associate2@abushararlaw.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Eslam Abdelrahman; Rihab Mohamed; Rawan Ali; Ahmed Ali; Rovan Ali; Kamil Ali**<br><br>Plaintiffs,<br><br>vs.<br><br>**United States Department of Homeland Security; United States Citizenship and Immigration Services; Immigrant Investor Program Office; Alissa Emmel,** Director of the Immigrant Investor Program Office; **Alejandro Mayorkas**, Secretary, Department of Homeland Security;  **Ur M. Jaddou**, Director, U.S. Citizenship and Immigration Services; **Christopher A. Wray,** Director of Federal Bureau of Investigations<br><br>Defendants. | Case No.:<br><br>COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS |

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 1

## **INTRODUCTION**

1.  This action is brought by Plaintiffs Eslam Abdelrahman, Rihab Mohamed, Rawan Ali, Ahmed Ali, Rovan Ali and Kamil Ali by and through their attorney, to request issuance of a writ of mandamus or in the nature of mandamus and/or to compel under the Administrative Procedure Act ("APA") ordering Defendants and those acting under them to adjudicate a pending I-829 Petition by Entrepreneur to Remove Conditions on Permanent Resident Status.

2.  On February 9, 2021, Plaintiff Eslam Abdelrahman submitted an I-829 Petition by Entrepreneur to Remove Conditions on Permanent Resident Status.    The case was initially received and processed by the California Service Center, and, upon information and belief, subsequently transferred to the Defendant Immigrant Investor Program Office for adjudication. **(Exhibit A- Receipt Notices for I-829 Petition by Entrepreneur to Remove Conditions on Permanent Resident Status).**

3.  On August 7, 2021, Defendant USCIS sent to Plaintiffs a notice instructing that they had to appear at a designated Application Support Center on September 3, 2021 at 2PM and provide their biometric information.   **(Exhibit B – I-797 Notice of Action).**   On the designated date and time, Plaintiffs did appear and allowed their biometric information to be collected.

4.  Since Plaintiffs case was received by Defendant Immigrant Investor Visa Program Office, they have received absolutely no communications whatsoever from Defendants about when the I-829 Petition by Entrepreneur to Remove Conditions on Permanent Resident Status will be adjudicated and they will be able to adjust their status to that of lawful permanent residents.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 2

5. Defendants have violated the Administrative Procedures Act ("APA") by failing to adjudicate the I-829 Petition by Entrepreneur to Remove Conditions on Permanent Resident Status filed by Plaintiff Eslam Abdelrahman which has been pending now for over three years. Plaintiffs seek to compel Defendants, through a writ of mandamus, to adjudicate the I-829 Petition by Entrepreneur to Remove Conditions on Permanent Resident Status.

## **PARTIES**

6. Plaintiff ESLAM ABDELRAHMAN filed an I-829 Petition by Entrepreneur to Remove Conditions on Permanent Resident Status on February 9, 2021. Plaintiff RIHAB MOHAMED is the spouse of Plaintiff Eslam Abdelrahman and is listed as a derivate applicant on the I-829 Petition by Entrepreneur to Remove Conditions on Permanent Resident Status .

7. Plaintiffs RAWAN ALI, AHMED AL, ROVAN ALI and KAMIL ALI are the minor children of Plaintiffs Eslam Abdelrahman and Rihab Mohamed and are listed as derivative applicants of their father's I-829 Petition by Entrepreneur to Remove Conditions on Permanent Resident Status.

8. Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY (hereinafter "DHS") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Citizenship and Immigration Services and the Immigrant Investor Program Office, and officers named as defendants in this complaint.

9.  Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES

(hereinafter "USCIS") is an agency of the United States government under the DHS, overseeing

the Immigrant Investor Program Office and officers named as defendants in this Complaint.

10. Defendant IMMIGRANT INVESTOR PROGRAM OFFICE is a component division of

USCIS and is responsible for adjudicating Plaintiffs' pending I-829 Petition by Entrepreneur to

Remove Conditions on Permanent Resident Status.

11. Defendant ALISSA EMMEL (hereinafter "Chief Emmel") is the director of the

Immigrant Investor Program Office.  This suit is brought against Chief Emmel in her official

capacity, as she is charged with overseeing the adjudication of the Immigrant Investor petitions

at the Immigrant Investor Program Office in a timely manner, and ensuring the efficiency of the

officers employed.

12. Defendant ALEJANDRO MAYORKAS (hereinafter "Secretary Mayorkas") is the

Secretary of the Department of Homeland Security.  This suit is brought against Secretary

Mayorkas in his official capacity, as he is charged with the administration and enforcement of all

immigration and citizenship laws that are bound in the powers, duties, and functions of the

Department of Homeland Security.

13. Defendant UR M. JADDOU (hereinafter "Director Jaddou") is the Director of USCIS,

the Agency charged with adjudicating Plaintiffs' Petition to Remove Conditions on Permanent

Resident Status.  This suit is brought against Director Jaddou in her official capacity, as she is

charged with oversight, administration, and execution of immigration laws of the United States.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION
MANDAMUS - 4

14.   Defendant MATTHEW D. EMRICH (hereinafter "Associate Director Emrich") is the Associate Director of USCIS Fraud Detection and National Security Directorate.  This suit is brought against Associate Director Emrich in his official capacity, as he supervises all USCIS staff who review I-829 Petition to Remove Conditions on Permanent Resident Status applications to ensure that immigration benefits are not granted to individuals who pose a threat to national security or public safety, or who seek to defraud the immigration system.  Certain applications must be reviewed by the Fraud Detection and National Security Directorate before their final adjudication.  Upon information and belief, USCIS has not adjudicated Plaintiffs' Immigrant Investor petition because the Fraud Detection and National Security Directorate has never completed its review.

15. Defendant CHRISTOPHER A. WRAY (hereinafter "Director Wray") is the Director of the Federal Bureau of Investigations.  This suit is brought against Director Wray in his official capacity, as he is responsible for overseeing the background checks involved with immigration matters.

## JURISDICTION

16. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes."  5 U.S.C. § 702.  Plaintiffs suffered a legal wrong and continues to suffer because of the Defendants' failure to act upon the pending I-829 Petition for indefinite periods of time.

17. This Court has jurisdiction over the present action pursuant to 8 C.F.R. § 204, Immigration & Nationality Act §203 (b)(1)(C); 28 U.S.C. § 1131; 28 U.S.C. §1361, the Mandamus Act; 28 U.S.C. §2201, the Declaratory Judgment Act; and 5 U.S.C. §701-706, the Administrative Procedures Act.  Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

18. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld."  Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation v. Badgley*, 309 F.3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance, … no balancing of factors is required or permitted."

## **VENUE**

19. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which a plaintiff resides, so long as no real property is involved in the action.  Plaintiffs reside in Irvine, California, which is located in the Central District of California.  No real property is involved in this action.  Therefore, venue is proper in this Court.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 6

## EXHAUSTION OF REMEDIES

**20.** Plaintiffs have no administrative remedies.  Since Plaintiff Eslam Abdelrahman submitted the I-829 Petition by Entrepreneur to Remove Conditions on Permanent Resident Status, Plaintiffs have received no correspondence or communications whatsoever from Defendant USCIS nor the Immigrant Investor Program Office about how much longer they will have to wait for the pending Petition to be approved.  There are no administrative remedies for neglect of duty.

## CAUSE OF ACTION

21. Pursuant to 8 CFR §1216.6, Plaintiff Eslam Abdelrahman submitted an I-829 Petition by Entrepreneur to Remove Conditions on Permanent Resident Status on February 9, 2021.   Since he submitted his Petition, he has received no further communication or information from Defendants about when his Petition will be adjudicated.

22. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

23. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

24.  Defendants have a statutory duty to adjudicate I-829 Petition(s) by Entrepreneur to Remove Conditions on Permanent Resident Status within 90 days of filing or within 90 days of the interview, whichever is later, pursuant to 8 CFR §1216.6(c)(1).  It has been over three years

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 7

since Plaintiff Eslam Abdelrahman submitted his Petition and his case has still not been

adjudicated.

25. Plaintiffs have no adequate remedy at law and will continue to suffer irreparable harm if

the pending I-829 Petition is not promptly adjudicated.

27. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the

mandamus to compel an officer or employee of the United States or any agency thereof to

perform a duty owed to the [Plaintiffs.]"

28. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or

appropriate in aid of [the Court's] respective jurisdiction [ ] and agreeable to the usages and

principles of law."

## **CLAIM FOR RELIEF**

29. Plaintiffs' claim in this action is clear and certain. Plaintiffs reallege paragraphs 1

through 28, and, as if fully set forth, Plaintiffs are entitled to an order in the nature of mandamus

to compel Defendants to adjudicate the pending I-829 Petition by Entrepreneur to Remove

Conditions on Permanent Resident Status.

30. As a result of Defendants' failure to perform their duties, Plaintiffs have suffered, are

suffering, and will continue to suffer irreparable harm. Specifically:

a. Plaintiffs have been irreparably damaged from the fear of not knowing what will happen

with the pending I-829 Petition by Entrepreneur to Remove Conditions on Permanent

Resident Status for over three years. Plaintiff Eslam Abdelrahman and his family have

been constantly hoping to have the case adjudicated so that they could move on with their

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION
MANDAMUS - 8

lives.   Because of the long wait and unknowing, Plaintiffs are enduring significant

psychological damage.

b.  The delay is causing irreparable harm to Plaintiffs who are not able to continue with their

lives in the United States without fear that the pending I-829 Petition by Entrepreneur to

Remove Conditions on Permanent Resident Status will be denied and they will be

compelled to return back to their country.

31. The Defendants, in violation of the Administrative Procedures Act, are unlawfully

withholding or unreasonably delaying action on Plaintiff Eslam Abdelrahman's I-829 Petition by

Entrepreneur to Remove Conditions on Permanent Resident Status, and have failed to carry out

the non-discretionary adjudicative functions delegated to them by law with regard to his case.

32. The Defendants, in violation of the Administrative Procedures Act and 22 C.F.R.

42.81(a), are unlawfully withholding or unreasonably delaying action on Plaintiff Eslam

Abdelrahman's I-829 Petition by Entrepreneur to Remove Conditions on Permanent Resident

Status and have failed to carry out the non-discretionary adjudicative functions delegated to them

by law with regard to his case.

33. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as

to be free from doubt that mandamus is appropriate.

34. Plaintiff Eslam Abdelrahman has attempted to learn about the status of his pending I-829

Petition by Entrepreneur to Remove Conditions on Permanent Resident Status all to no avail.

Only the Immigrant Investor Program Office is able to make decisions on the adjudication of I-

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION
MANDAMUS - 9

829 Petitions, leaving no adequate remedy.  Accordingly, Plaintiffs have been forced to pursue the instant action.

**PRAYER**

35. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiffs respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court:

    a.  Accept jurisdiction and maintain continuing jurisdiction of this action;

    b.  Declare as unlawful the violation by Defendants of failing to act on a properly filed I-829 Petition by Entrepreneur to Remove Conditions on Permanent Resident Status;

    c.  Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiffs' case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

    d.  Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff Eslam Abdelrahman's I-829 Petition by Entrepreneur to Remove Conditions on Permanent Resident Status by adjudicating his pending Petition.

    e.  Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

    f.  Grant such other relief at law and in equity as justice may require.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 10

1

Dated this February 23, 2024

Respectfully Submitted,

2

3

/s/ Salah Khatib

4

Salah Khatib, Esq.
Counsel for Plaintiffs

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 11

# LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS

## ABDELRAHMAN v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.

| Exhibit | Description | Page |
|---------|-------------|------|
| A | I-829 Receipt Notice (x4) | 1-8 |
| B | I-797 Notice of Action (x6) | 9-20 |

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 12

**EXHIBIT A**



## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number WAC2118050331 | | Case Type I829 - PETITION BY INVESTOR TO REMOVE CONDITIONS ON PERMANENT RESIDENT STATUS |
|---|---|---|
| Received Date 02/09/2021 | Priority Date | Petitioner A066 847 275 ALI, RAWAN ESLAM KAMIL |
| Notice Date 12/08/2021 | Page 1 of 2 | Beneficiary A066 847 275 ALI, RAWAN ESLAM KAMIL |

SAUL EWING ARNSTEIN LEHR LLP
c/o JULIAN F MONTERO
701 BRICKELL AVENUE
MIAMI FL 33131

**Notice Type:** Receipt Notice

This notice confirms that you are included as a dependent on the Form I-829, Petition by Entrepreneur to Remove Conditions, filed by the above-named principal alien on the date indicated above. **Your conditional resident status is extended for 24 months from the expiration date on your Form I-551,** expired Permanent Resident Card (also known as a Green Card). During this extension, you are authorized to work and travel. This notice, presented with your **Permanent Resident Card** is evidence of your status and work authorization. (This extension and authorization for employment and travel does not apply to you if your conditional resident status has been terminated.)

If you think you will be outside of the United States for a year or more, you should apply for a Re-entry Permit before leaving the United States by filing Form I-131, Application for a Travel Document. As long as the Re-entry Permit is valid, it allows you to board a vessel or aircraft destined for the United States and/or apply for admission at a U.S. port of entry without the need to obtain a returning resident visa from a U.S. Embassy or U.S. Consulate. Although you generally will not be deemed to have abandoned your status as a conditional permanent resident based solely on the duration of your absences from the United States while the Reentry Permit is valid, you are not exempt from compliance with any of the requirements of U.S. immigration laws. If USCIS is still adjudicating your Form I-829, then you may miss important USCIS notices, such as Requests for Evidence, or appointment notices for biometrics services or interviews, while you are outside of the United States. Failure to respond to these requests may result in denial of your Form I-829.

If you have not already done so, provide supporting documents to help USCIS process your petition and establish your eligibility to remove the conditions on your permanent residence. Please include a copy of this receipt notice with any supporting documentation you submit.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS Contact Center (UCC) at 1-800-375-5283 (TDD number is 1-800-767-1833) or visit the USCIS website at www.uscis.gov.** If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help us with inquiries. Please note, you must submit any changes or corrections in writing to the mailing address at the bottom of this notice if you checked Item 1.e or 1.f under "Basis for Petition" on your Form I-829. You must include your A-number and receipt number in your signed request.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the UCC at 1-800-375-5283 or visit our website at www.uscis.gov.

**Biometrics** - We require collection of biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for your biometrics services appointment. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

California Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111



USCIS Contact Center: www.uscis.gov/contactcenter

# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | Case Type |
|---|---|
| WAC2118050331 | I829 - PETITION BY INVESTOR TO REMOVE CONDITIONS ON PERMANENT RESIDENT STATUS |

| Received Date | Priority Date | Petitioner A066 847 275 |
|---|---|---|
| 02/09/2021 | | ALI, RAWAN ESLAM KAMIL |

| Notice Date | Page | Beneficiary A066 847 275 |
|---|---|---|
| 12/08/2021 | 2 of 2 | ALI, RAWAN ESLAM KAMIL |

**NOTE:** Conditional permanent residents (including conditional permanent resident dependents) residing overseas pursuant to military or government orders will not receive an ASC appointment notice. To complete biometric processing, these applicants must submit the required items listed on the Form I-829 instructions.

**If your address changes** - Under section 265 of the Immigration and Nationality Act (INA), any individual who is not a U.S. citizen or U.S. national must report a change of address within ten (10) days of moving within the United States or its territories. For more information on how to file a change of address visit the USCIS website at www.uscis.gov/addresschange.

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** Under the INA, the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

California Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111

USCIS Contact Center: www.uscis.gov/contactcenter



2



# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | Case Type |
|---|---|
| WAC2118050330 | I829 - PETITION BY INVESTOR TO REMOVE CONDITIONS ON PERMANENT RESIDENT STATUS |

| Received Date | Priority Date | Petitioner A066 847 274 |
|---|---|---|
| 02/09/2021 | | ALI, AHMED ESLAM KAMIL |

| Notice Date | Page | Beneficiary A066 847 274 |
|---|---|---|
| 12/08/2021 | 1 of 2 | ALI, AHMED ESLAM KAMIL |

SAUL EWING ARNSTEIN LEHR LLP
c/o JULIAN F MONTERO
701 BRICKELL AVENUE
MIAMI FL  33131

**Notice Type:** Receipt Notice

This notice confirms that you are included as a dependent on the Form I-829, Petition by Entrepreneur to Remove Conditions, filed by the above-named principal alien on the date indicated above. **Your conditional resident status is extended for 24 months from the expiration date on your Form I-551, Permanent Resident Card** (also known as a Green Card). During this extension, you are authorized to work and travel. This notice, presented with your expired Permanent Resident Card, is evidence of your status and work authorization. (This extension and authorization for employment and travel does not apply to you if your conditional resident status has been terminated.)

If you think you will be outside of the United States for a year or more, you should apply for a Re-entry Permit before leaving the United States by filing Form I-131, Application for a Travel Document. As long as the Re-entry Permit is valid, it allows you to board a vessel or aircraft destined for the United States and/or apply for admission at a U.S. port of entry without the need to obtain a returning resident visa from a U.S. Embassy or U.S. Consulate. Although you generally will not be deemed to have abandoned your status as a conditional permanent resident based solely on the duration of your absences from the United States while the Reentry Permit is valid, you are not exempt from compliance with any of the requirements of U.S. immigration laws. If USCIS is still adjudicating your Form I-829, then you may miss important USCIS notices, such as Requests for Evidence, or appointment notices for biometrics services or interviews, while you are outside of the United States. Failure to respond to these requests may result in denial of your Form I-829.

If you have not already done so, provide supporting documents to help USCIS process your petition and establish your eligibility to remove the conditions on your permanent residence. Please include a copy of this receipt notice with any supporting documentation you submit.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS Contact Center (UCC) at 1-800-375-5283 (TDD number is 1-800-767-1833) or visit the USCIS website at www.uscis.gov.** If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries. Please note, you must submit any changes or corrections in writing to the mailing address at the bottom of this notice if you checked Item 1.e or 1.f under "Basis for Petition" on your Form I-829. You must include your A-number and receipt number in your signed request.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

* View your case status on our website's Case Status Online page.
* You can also sign up to receive free email updates as we process your case.
* Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
* When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
* If you do not receive an initial decision or update from us within our current processing time, contact the UCC at 1-800-375-5283 or visit our website at www.uscis.gov.

**Biometrics** - We require collection of biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for your biometrics services appointment. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

* A passport or national photo ID issued by your country,
* A driver's license,
* A military photo ID, or
* A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

California Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111

USCIS Contact Center: www.uscis.gov/contactcenter



3

FORM I-797 [REV. 08/01/18]

# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | Case Type |
|---|---|
| WAC2118050330 | I829 - PETITION BY INVESTOR TO REMOVE CONDITIONS ON PERMANENT RESIDENT STATUS |

| Received Date | Priority Date | Petitioner A066 847 274 |
|---|---|---|
| 02/09/2021 | | ALI, AHMED ESLAM KAMIL |

| Notice Date | Page | Beneficiary A066 847 274 |
|---|---|---|
| 12/08/2021 | 2 of 2 | ALI, AHMED ESLAM KAMIL |

**NOTE:** Conditional permanent residents (including conditional permanent resident dependents) residing overseas pursuant to military or government orders will not receive an ASC appointment notice. To complete biometric processing, these applicants must submit the required items listed on the Form I-829 instructions.

**If your address changes** - Under section 265 of the Immigration and Nationality Act (INA), any individual who is not a U.S. citizen or U.S. national must report a change of address within ten (10) days of moving within the United States or its territories. For more information on how to file a change of address visit the USCIS website at www.uscis.gov/addresschange.

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** Under the INA, the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

California Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111

USCIS Contact Center: www.uscis.gov/contactcenter



4



# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number<br>WAC2118050329 | | Case Type<br>I829 - PETITION BY INVESTOR TO REMOVE CONDITIONS ON<br>PERMANENT RESIDENT STATUS |
|---|---|---|
| Received Date<br>02/09/2021 | Priority Date | Petitioner A066 847 273<br>ALI, ROVAN ESLAM KAMIL |
| Notice Date<br>12/08/2021 | Page<br>1 of 2 | Beneficiary A066 847 273<br>ALI, ROVAN ESLAM KAMIL |

SAUL EWING ARNSTEIN LEHR LLP
c/o JULIAN F MONTERO
701 BRICKELL AVENUE
MIAMI FL 33131

**Notice Type:** Receipt Notice

This notice confirms that you are included as a dependent on the Form I-829, Petition by Entrepreneur to Remove Conditions, filed by the above-named principal alien on the date indicated above. **Your conditional resident status is extended for 24 months from the expiration date on your Form I-551, Permanent Resident Card** (also known as a Green Card). During this extension, you are authorized to work and travel. This notice, presented with your expired Permanent Resident Card, is evidence of your status and work authorization. (This extension and authorization for employment and travel does not apply to you if your conditional resident status has been terminated.)

If you think you will be outside of the United States for a year or more, you should apply for a Re-entry Permit before leaving the United States by filing Form I-131, Application for a Travel Document. As long as the Re-entry Permit is valid, it allows you to board a vessel or aircraft destined for the United States and/or apply for admission at a U.S. port of entry without the need to obtain a returning resident visa from a U.S. Embassy or U.S. Consulate. Although you generally will not be deemed to have abandoned your status as a conditional permanent resident based solely on the duration of your absences from the United States while the Reentry Permit is valid, you are not exempt from compliance with any of the requirements of U.S. immigration laws. If USCIS is still adjudicating your Form I-829, then you may miss important USCIS notices, such as Requests for Evidence, or appointment notices for biometrics services or interviews, while you are outside of the United States. Failure to respond to these requests may result in denial of your Form I-829.

If you have not already done so, provide supporting documents to help USCIS process your petition and establish your eligibility to remove the conditions on your permanent residence. Please include a copy of this receipt notice with any supporting documentation you submit.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS Contact Center (UCC) at 1-800-375-5283 (TDD number is 1-800-767-1833) or visit the USCIS website at www.uscis.gov.** If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries. Please note, you must submit any changes or corrections in writing to the mailing address at the bottom of this notice if you checked Item 1.e or 1.f under "Basis for Petition" on your Form I-829. You must include your A-number and receipt number in your signed request.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

* View your case status on our website's Case Status Online page.
* You can also sign up to receive free email updates as we process your case.
* Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
* When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
* If you do not receive an initial decision or update from us within our current processing time, contact the UCC at 1-800-375-5283 or visit our website at www.uscis.gov.

**Biometrics** - We require collection of biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for your biometrics services appointment. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

* A passport or national photo ID issued by your country,
* A driver's license,
* A military photo ID, or
* A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

California Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111

USCIS Contact Center: www.uscis.gov/contactcenter



FORM I-797 [REV. 08/01/16]

S

# UNITED STATES OF AMERICA



## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | Case Type |
|---|---|
| WAC2118050329 | I829 - PETITION BY INVESTOR TO REMOVE CONDITIONS ON PERMANENT RESIDENT STATUS |

| Received Date | Priority Date | Petitioner A066 847 273 |
|---|---|---|
| 02/09/2021 | | ALI, ROVAN ESLAM KAMIL |

| Notice Date | Page | Beneficiary A066 847 273 |
|---|---|---|
| 12/08/2021 | 2 of 2 | ALI, ROVAN ESLAM KAMIL |

**NOTE:** Conditional permanent residents (including conditional permanent resident dependents) residing overseas pursuant to military or government orders will not receive an ASC appointment notice. To complete biometric processing, these applicants must submit the required items listed on the Form I-829 instructions.

**If your address changes** - Under section 265 of the Immigration and Nationality Act (INA), any individual who is not a U.S. citizen or U.S. national must report a change of address within ten (10) days of moving within the United States or its territories. For more information on how to file a change of address visit the USCIS website at www.uscis.gov/addresschange.

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** Under the INA, the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

California Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111

USCIS Contact Center: www.uscis.gov/contactcenter



6

# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | Case Type |
|---|---|
| WAC2118050332 | I829 - PETITION BY INVESTOR TO REMOVE CONDITIONS ON PERMANENT RESIDENT STATUS |

| Received Date | Priority Date | Petitioner A066 847 276 |
|---|---|---|
| 02/09/2021 | | ALI, KAMIL ESLAM KAMIL |

| Notice Date | Page | Beneficiary A066 847 276 |
|---|---|---|
| 12/08/2021 | 1 of 2 | ALI, KAMIL ESLAM KAMIL |

SAUL EWING ARNSTEIN LEHR LLP
c/o JULIAN F MONTERO
701 BRICKELL AVENUE
MIAMI FL 33131

**Notice Type:** Receipt Notice

This notice confirms that you are included as a dependent on the Form I-829, Petition by Entrepreneur to Remove Conditions, filed by the above-named principal alien on the date indicated above. **Your conditional resident status is extended for 24 months from the expiration date on your Form I-551, Permanent Resident Card** (also known as a Green Card). During this extension, you are authorized to work and travel. This notice, presented with your expired Permanent Resident Card, is evidence of your status and work authorization. (This extension and authorization for employment and travel does not apply to you if your conditional resident status has been terminated.)

If you think you will be outside of the United States for a year or more, you should apply for a Re-entry Permit before leaving the United States by filing Form I-131, Application for a Travel Document. As long as the Re-entry Permit is valid, it allows you to board a vessel or aircraft destined for the United States and/or apply for admission at a U.S. port of entry without the need to obtain a returning resident visa from a U.S. Embassy or U.S. Consulate. Although you generally will not be deemed to have abandoned your status as a conditional permanent resident based solely on the duration of your absences from the United States while the Reentry Permit is valid, you are not exempt from compliance with any of the requirements of U.S. immigration laws. If USCIS is still adjudicating your Form I-829, then you may miss important USCIS notices, such as Requests for Evidence, or appointment notices for biometrics services or interviews, while you are outside of the United States. Failure to respond to these requests may result in denial of your Form I-829.

If you have not already done so, provide supporting documents to help USCIS process your petition and establish your eligibility to remove the conditions on your permanent residence. Please include a copy of this receipt notice with any supporting documentation you submit.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS Contact Center (UCC) at 1-800-375-5283 (TDD number is 1-800-767-1833) or visit the USCIS website at www.uscis.gov.** If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries. Please note, you must submit any changes or corrections in writing to the mailing address at the bottom of this notice if you checked Item 1.e or 1.f under "Basis for Petition" on your Form I-829. You must include your A-number and receipt number in your signed request.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before yours.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the UCC at 1-800-375-5283 or visit our website at www.uscis.gov.

**Biometrics** - We require collection of biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for your biometrics services appointment. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

California Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111

USCIS Contact Center: www.uscis.gov/contactcenter



7

FORM I-797 [REV. 08/01/18]

# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| WAC2118050332 | | I829 - PETITION BY INVESTOR TO REMOVE CONDITIONS ON PERMANENT RESIDENT STATUS |
| **Received Date** | **Priority Date** | **Petitioner:** A066 847 276 |
| 02/09/2021 | | ALI, KAMIL ESLAM KAMIL |
| **Notice Date** | **Page** | **Beneficiary** A066 847 276 |
| 12/08/2021 | 2 of 2 | ALI, KAMIL ESLAM KAMIL |

**NOTE:** Conditional permanent residents (including conditional permanent resident dependents) residing overseas pursuant to military or government orders will not receive an ASC appointment notice. To complete biometric processing, these applicants must submit the required items listed on the Form I-829 instructions.

**If your address changes** - Under section 265 of the Immigration and Nationality Act (INA), any individual who is not a U.S. citizen or U.S. national must report a change of address within ten (10) days of moving within the United States or its territories. For more information on how to file a change of address visit the USCIS website at www.uscis.gov/addresschange.

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** Under the INA, the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

California Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111

USCIS Contact Center: www.uscis.gov/contactcenter



FORM I-797 (REV. 08/01/16)

**EXHIBIT B**



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice - **APPLICANT COPY** | CASE TYPE<br>1829 – PETITION BY ENTREPRENEUR TO REMOVE CONDITIONS ON PERMANENT RESIDENT STATUS | | NOTICE DATE<br>08/07/2021 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER<br>WAC2190059665 | | USCIS A#<br>A215 571 417 | CODE<br>3 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER<br>CSC | PAGE<br>1 of 2 |

ESLAM KAMIL ALI ABDELRAHMAN
312 NOVEL
IRVINE CA 92618



PLEASE READ THIS ENTIRE NOTICE CAREFULLY. To process your application, petition, or request, U.S. Citizenship and Immigration Services (USCIS) must collect your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified.

IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPOINTMENT MAY NOT BE RESCHEDULED. TO REQUEST THAT USCIS RESCHEDULE YOUR APPOINTMENT, SEE THE INSTRUCTIONS AT THE BOTTOM OF THIS NOTICE. IF USCIS DOES NOT RESCHEDULE YOUR APPOINTMENT, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED AND DENIED.

| APPLICATION SUPPORT CENTER<br>USCIS TUSTIN<br>14541 Red Hill Avenue<br>Tustin CA 92780 | DATE AND TIME OF APPOINTMENT<br>09/03/2021<br>02:00PM |
|---|---|

WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:

1. **THIS APPOINTMENT NOTICE.** If you received multiple ASC notices, bring **all** notices to your first appointment, and
2. **PHOTO IDENTIFICATION.** Your biometrics will not be collected without identification. You must bring a valid government-issued photo identification document. If the name on your identification is different than the name on your ASC notice, bring supporting documentation. If you filed an Application for Naturalization (Form N-400) or Application to Replace Permanent Resident Card (Form I-90), you must bring your Permanent Resident Card (also known as a Green Card).

Only those necessary to assist you with transportation or completion of the biometrics worksheet should accompany you to your ASC appointment. If you have open wounds, bandages, or casts when you appear for biometrics submission, USCIS may reschedule your appointment if we determine your injuries may interfere with biometrics submission. Please do not visit a USCIS office if you are sick or feel any symptoms of being sick. Follow the instructions on this notice to reschedule your appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometrics collection. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/forms-information/preparing-your-biometric-services-appointment. If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

NOTE: If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available date and time. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your appointment. If USCIS reschedules your appointment for any reason, you will receive a new ASC appointment notice.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit https://www.fbi.gov/services/cjis/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement.

REQUESTS TO RESCHEDULE/SPECIAL HANDLING

If you are unable to attend your scheduled ASC appointment, you may request that USCIS reschedule your appointment by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). Your request to reschedule must: 1) be made before the date and time of the original appointment and 2) establish good cause for rescheduling. If you fail to make a request before your scheduled appointment or fail to establish good cause, USCIS may not reschedule your ASC appointment. If USCIS does not reschedule your appointment, your application, petition, or request will be considered abandoned and denied.

If you have a serious ongoing medical condition and you cannot leave your home/hospital, you may request a mobile biometrics/homebound appointment by following the instructions on the back in the Notice for People with Disabilities or by visiting uscis.gov/accommodations.

APPLICATION NUMBER
I829- WAC2190059665



BIOMETRICS PROCESSING STAMP
ASC SITE CODE ___XL H___
BIOMETRICS QA REVIEW BY:
___SG2013___ ON ___SEP 03 2021___
TENPRINTS QA REVIEW BY:
___SG2013___ ON ___SEP 03 2021___

If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

Department of Homeland Security
U.S. Citizenship and Immigration Serv[...]      Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

### Important Changes to Biometrics Services Appointments Related to COVID-19

**Appointments**

- You must have a scheduled appointment before arriving at a USCIS office. Only appear on your scheduled date and time.
- Do not arrive more than 15 minutes before your appointment. Only military members may appear without an appointment.
- Fill out the Applicant Information Worksheet below and bring it to your appointment to complete the biometric collection process.
- If you are ill, you should reschedule your appointment. Follow the instructions on your appointment notice to reschedule.
- On the day of your appointment, please check for office closures or other important information here: www.uscis.gov/about-us/uscis-office-closings.
- You may NOT enter a USCIS facility if you answer YES to any of the following questions:
  - Do you have COVID-19 or any symptoms of COVID-19 to include coughing, fever, difficulty breathing, new loss of smell or taste, fatigue, muscle aches, headache, congestion, sore throat, or vomiting?
  - If not fully vaccinated (a person is considered fully vaccinated two weeks after receiving the last recommended dose of vaccine), in the past 14 days, have you been in close contact (within six feet for 15 minutes or more) with anyone known to have COVID-19?
  - If not fully vaccinated (a person is considered fully vaccinated two weeks after receiving the last recommended dose of vaccine), in the past 10 days, have you returned from domestic air, international air, or cruise ship travel?
  - In the past 14 days, have you been instructed by a health care provider, public health authority, or government entity to self-isolate or self-quarantine?

**Face coverings:**

- All visitors 2 years of age or older who have not been fully vaccinated must wear facial coverings.
- Do not bring additional individuals or family members with you to your appointment. Only interpreters, attorneys, or those providing needed assistance if you are disabled will be permitted to accompany you and will be required to wear a face covering if not fully vaccinated.

### APPLICANT'S INFORMATION WORKSHEET (AIW)

**NAME:**    ESLAM      KAMIL ALI      ABDELRAHMA[...]

          FIRST           MIDDLE           LAST

**LIST ANY OTHER NAMES USED** (MAIDEN NAME, PREVIOUS MARRIAGE, ALIAS, ETC.):

1)

          FIRST           MIDDLE           LAST

2)

          FIRST           MIDDLE           LAST

**DATE OF BIRTH:**    FEB    07    1971

          MONTH     DAY     YEAR

**COUNTRY OF BIRTH:**    SUDAN      **COUNTRY OF CITIZENSHIP:**    SUDAN

**GENDER:** (CHECK ONE)

- ☒ MALE
- ☐ FEMALE
- ☐ OTHER

**RACE:** (CHECK ONE)

- ☐ ASIAN
- ☒ BLACK
- ☐ CAUCASIAN/LATINO

- ☐ NATIVE AMERICAN
- ☐ UNKNOWN

**EYE COLOR:** (CHECK ONE)

- ☐ BLACK
- ☐ BLUE
- ☒ BROWN
- ☐ GRAY
- ☐ GREEN

- ☐ HAZEL
- ☐ MAROON
- ☐ MULTICOLOR
- ☐ PINK
- ☐ UNKNOWN

**HAIR COLOR:** (CHECK ONE)

- ☐ BALD
- ☒ BLACK
- ☐ BLOND OR STRAWBERRY
- ☐ BLUE
- ☐ BROWN
- ☐ GRAY
- ☐ GREEN

- ☐ ORANGE
- ☐ PINK
- ☐ PURPLE
- ☐ RED OR AUBURN
- ☐ SANDY
- ☐ WHITE
- ☐ UNKNOWN

**HEIGHT:** 6' 26"   OR   191    **WEIGHT:** 224   OR   102

   FEET/INCHES       CENTIMETERS       POUNDS       KILOGRAMS

When you provide your digital signature, you will be attesting to the following:

*I declare under penalty of perjury that I have reviewed and understand the document(s) identified by the receipt number displayed on the screen above, and that all the information in these materials is complete, true, and correct. This includes any:*

- *application, petition, or request that I submitted;*
- *application, petition, or request that I provided on behalf of my derivative beneficiary;*
- *application, petition, or request that was submitted on my behalf; and*
- *supporting documents, applications, petitions, or requests filed with my application, petition, or request that I (or my attorney or accredited representative) filed with USCIS, or that was filed on my behalf.*

### RETURN "AIW" TO APPLICANT

10

AIW: Revised 17 MAY 2021

If this is an interview or biometrics appointment notice, please see the back of this notice for important information      Form I-797C  04/01/19

Department of Homeland Security                                            **Form I-797C, Notice of Action**
U.S. Citizenship and Immigration Service

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice - APPLICANT COPY | CASE TYPE<br>I829S – PETITION TO REMOVE CONDITIONS | | NOTICE DATE<br>08/07/2021 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER<br>WAC2118050333 | | USCIS A#<br>A066 847 272 | CODE<br>3 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER<br>CSC | PAGE<br>1 of 2 |

RIHAB AHMED ABDALLA MOHAMED
312 NOVEL
IRVINE CA 92618



**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** To process your application, petition, or request, U.S. Citizenship and Immigration Services (USCIS) must collect your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified.

**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPOINTMENT MAY NOT BE RESCHEDULED. TO REQUEST THAT USCIS RESCHEDULE YOUR APPOINTMENT, SEE THE INSTRUCTIONS AT THE BOTTOM OF THIS NOTICE. IF USCIS DOES NOT RESCHEDULE YOUR APPOINTMENT, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED AND DENIED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS TUSTIN<br>14541 Red Hill Avenue<br>Tustin CA 92780 | 09/03/2021<br>02:00PM |

**WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE.** If you received multiple ASC notices, bring all notices to your first appointment, and
2. **PHOTO IDENTIFICATION.** Your biometrics will not be collected without identification. You must bring a valid government-issued photo identification document. If the name on your identification is different than the name on your ASC notice, bring supporting documentation. If you filed an Application for Naturalization (Form N-400) or Application to Replace Permanent Resident Card (Form I-90), you must bring your Permanent Resident Card (also known as a Green Card).

Only those necessary to assist you with transportation or completion of the biometrics worksheet should accompany you to your ASC appointment. If you have open wounds, bandages, or casts when you appear for biometrics submission, USCIS may reschedule your appointment if we determine your injuries may interfere with biometrics submission. Please do not visit a USCIS office if you are sick or feel any symptoms of being sick. Follow the instructions on this notice to reschedule your appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometrics collection. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/forms-information/preparing-your-biometric-services-appointment. If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

**NOTE:** If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available date and time. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your appointment. If USCIS reschedules your appointment for any reason, you will receive a new ASC appointment notice.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R.. Section 16.32. For information, please visit https://www.fbi.gov/services/cjis/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement.

### REQUESTS TO RESCHEDULE/SPECIAL HANDLING

If you are unable to attend your scheduled ASC appointment, you may request that USCIS reschedule your appointment by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). **Your request to reschedule must:** 1) be made before the date and time of the original appointment and 2) establish good cause for rescheduling. If you fail to make a request before your scheduled appointment or fail to establish good cause, USCIS may not reschedule your ASC appointment. If USCIS does not reschedule your appointment, your application, petition, or request will be considered abandoned and denied.

If you have a serious ongoing medical condition and you cannot leave your home/hospital, you may request a mobile biometrics/homebound appointment by following the instructions on the back in the Notice for People with Disabilities or by visiting uscis.gov/accommodations.

|  |  |
|---|---|
| APPLICATION NUMBER<br>I829S- WAC2118050333<br> | BIOMETRICS PROCESSING STAMP<br>ASC SITE CODE ___XLH___<br>BIOMETRICS QA REVIEW BY:<br>__592013__ ON ___SEP 0 3 2021___<br>TENPRINTS QA REVIEW BY:<br>__592013__ ON ___SEP 0 3 2021___ |

If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.                    Form I-797C  04/01/19

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

### Important Changes to Biometrics Services Appointments Related to COVID-19

**Appointments**

- You must have a scheduled appointment before arriving at a USCIS office. Only appear on your scheduled date and time.
- Do not arrive more than 15 minutes before your appointment. Only military members may appear without an appointment.
- Fill out the Applicant Information Worksheet below and bring it to your appointment to complete the biometric collection process.
- If you are ill, you should reschedule your appointment. Follow the instructions on your appointment notice to reschedule.
- On the day of your appointment, please check for office closures or other important information here: www.uscis.gov/about-us/uscis-office-closings.
- You may NOT enter a USCIS facility if you answer YES to any of the following questions:
  - Do you have COVID-19 or any symptoms of COVID-19 to include coughing, fever, difficulty breathing, new loss of smell or taste, fatigue, muscle aches, headache, congestion, sore throat, or vomiting?
  - If not fully vaccinated (a person is considered fully vaccinated two weeks after receiving the last recommended dose of vaccine), in the past 14 days, have you been in close contact (within six feet for 15 minutes or more) with anyone known to have COVID-19?
  - If not fully vaccinated (a person is considered fully vaccinated two weeks after receiving the last recommended dose of vaccine), in the past 10 days, have you returned from domestic air, international air, or cruise ship travel?
  - In the past 14 days, have you been instructed by a health care provider, public health authority, or government entity to self-isolate or self-quarantine?

**Face coverings:**

- All visitors 2 years of age or older who have not been fully vaccinated must wear facial coverings.
- Do not bring additional individuals or family members with you to your appointment. Only interpreters, attorneys, or those providing needed assistance if you are disabled will be permitted to accompany you and will be required to wear a face covering if not fully vaccinated.

### APPLICANT'S INFORMATION WORKSHEET (AIW)

**NAME:** *RIHAB*   *AHMED ABDALLA*   *MOHAMED*
  FIRST   MIDDLE   LAST

**LIST ANY OTHER NAMES USED (MAIDEN NAME, PREVIOUS MARRIAGE, ALIAS, ETC.):**
1)
  FIRST   MIDDLE   LAST
2)
  FIRST   MIDDLE   LAST

**DATE OF BIRTH:** *DEC* *12* *1973*
  MONTH   DAY   YEAR

**COUNTRY OF BIRTH:** *SUDAN*   **COUNTRY OF CITIZENSHIP:** *SUDAN*

**GENDER: (CHECK ONE)**
- ☐ MALE
- ☑ FEMALE
- ☐ OTHER

**RACE: (CHECK ONE)**
- ☐ ASIAN
- ☑ BLACK
- ☐ CAUCASIAN/LATINO
- ☐ NATIVE AMERICAN
- ☐ UNKNOWN

**EYE COLOR: (CHECK ONE)**
- ☑ BLACK
- ☐ BLUE
- ☐ BROWN
- ☐ GRAY
- ☐ GREEN
- ☐ HAZEL
- ☐ MAROON
- ☐ MULTICOLOR
- ☐ PINK
- ☐ UNKNOWN

**HAIR COLOR: (CHECK ONE)**
- ☐ BALD
- ☑ BLACK
- ☐ BLOND OR STRAWBERRY
- ☐ BLUE
- ☐ BROWN
- ☐ GRAY
- ☐ GREEN
- ☐ ORANGE
- ☐ PINK
- ☐ PURPLE
- ☐ RED OR AUBURN
- ☐ SANDY
- ☐ WHITE
- ☐ UNKNOWN

**HEIGHT:** *5' 74"* OR *175*   **WEIGHT:** *198.* OR *90*
  FEET/INCHES   CENTIMETERS   POUNDS   KILOGRAMS

When you provide your digital signature, you will be attesting to the following:

*I declare under penalty of perjury that I have reviewed and understand the document(s) identified by the receipt number displayed on the screen above, and that all the information in these materials is complete, true, and correct. This includes any:*

- *application, petition, or request that I submitted;*
- *application, petition, or request that I provided on behalf of my derivative beneficiary;*
- *application, petition, or request that was submitted on my behalf; and*
- *supporting documents, applications, petitions, or requests filed with my application, petition, or request that I (or my attorney or accredited representative) filed with USCIS, or that was filed on my behalf.*

### RETURN "AIW" TO APPLICANT

*12*

AIW: Revised 17 MAY 2021

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C  04/01/19

Department of Homeland Security
U.S. Citizenship and Immigration Service

Form I-797C, Notice of Action

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice - APPLICANT COPY | CASE TYPE<br>I829C - PETITION TO REMOVE CONDITIONS | | NOTICE DATE<br>08/07/2021 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER<br>WAC2118050331 | | USCIS A#<br>A066 847 275 | CODE<br>3 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER<br>CSC | PAGE<br>1 of 2 |



RAWAN ESLAM KAMIL ALI
312 NOVEL
IRVINE CA 92618

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** To process your application, petition, or request, U.S. Citizenship and Immigration Services (USCIS) must collect your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified.

**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPOINTMENT MAY NOT BE RESCHEDULED. TO REQUEST THAT USCIS RESCHEDULE YOUR APPOINTMENT, SEE THE INSTRUCTIONS AT THE BOTTOM OF THIS NOTICE. IF USCIS DOES NOT RESCHEDULE YOUR APPOINTMENT, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED AND DENIED.**

| APPLICATION SUPPORT CENTER<br>USCIS TUSTIN<br>14541 Red Hill Avenue<br>Tustin CA 92780 | DATE AND TIME OF APPOINTMENT<br>09/03/2021<br>09:00AM |
|---|---|

**WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE.** If you received multiple ASC notices, bring all notices to your first appointment, and
2. **PHOTO IDENTIFICATION.** Your biometrics will not be collected without identification. You must bring a valid government-issued photo identification document. If the name on your identification is different than the name on your ASC notice, bring supporting documentation. If you filed an Application for Naturalization (Form N-400) or Application to Replace Permanent Resident Card (Form I-90), you must bring your Permanent Resident Card (also known as a Green Card).

Only those necessary to assist you with transportation or completion of the biometrics worksheet should accompany you to your ASC appointment. If you have open wounds, bandages, or casts when you appear for biometrics submission, USCIS may reschedule your appointment if we determine your injuries may interfere with biometrics submission. Please do not visit a USCIS office if you are sick or feel any symptoms of being sick. Follow the instructions on this notice to reschedule your appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometrics collection. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/forms-information/preparing-your-biometric-services-appointment. If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

**NOTE:** If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available date and time. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your appointment. If USCIS reschedules your appointment for any reason, you will receive a new ASC appointment notice.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit https://www.fbi.gov/services/cjis/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement.

**REQUESTS TO RESCHEDULE/SPECIAL HANDLING**

If you are unable to attend your scheduled ASC appointment, you may request that USCIS reschedule your appointment by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). **Your request to reschedule must: 1) be made before the date and time of the original appointment and 2) establish good cause for rescheduling. If you fail to make a request before your scheduled appointment or fail to establish good cause, USCIS may not reschedule your ASC appointment. If USCIS does not reschedule your appointment, your application, petition, or request will be considered abandoned and denied.**

If you have a serious ongoing medical condition and you cannot leave your home/hospital, you may request a mobile biometrics/homebound appointment by following the instructions on the back in the Notice for People with Disabilities or by visiting uscis.gov/accommodations.

*(The following stamps appear inverted at the bottom of the notice)*

TENPRINTS QA REVIEW BY: ___
ON SEP 0 8 2021

BIOMETRICS QA REVIEW BY: MK4HM 
ON SEP 0 8 2021

ASC SITE CODE XCH
BIOMETRICS PROCESSING STAMP

18/5/87

APPLICATION NUMBER
I829C- WAC2118050331

If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

13

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.         Form I-797C   04/01/19



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

### Important Changes to Biometrics Services Appointments Related to COVID-19

**Appointments**

- You must have a scheduled appointment before arriving at a USCIS office. Only appear on your scheduled date and time.
- Do not arrive more than 15 minutes before your appointment. Only military members may appear without an appointment.
- Fill out the Applicant Information Worksheet below and bring it to your appointment to complete the biometric collection process.
- If you are ill, you should reschedule your appointment. Follow the instructions on your appointment notice to reschedule.
- On the day of your appointment, please check for office closures or other important information here: www.uscis.gov/about-us/uscis-office-closings.
- You may NOT enter a USCIS facility if you answer YES to any of the following questions:
  - Do you have COVID-19 or any symptoms of COVID-19 to include coughing, fever, difficulty breathing, new loss of smell or taste, fatigue, muscle aches, headache, congestion, sore throat, or vomiting?
  - If not fully vaccinated (a person is considered fully vaccinated two weeks after receiving the last recommended dose of vaccine), in the past 14 days, have you been in close contact (within six feet for 15 minutes or more) with anyone known to have COVID-19?
  - If not fully vaccinated (a person is considered fully vaccinated two weeks after receiving the last recommended dose of vaccine), in the past 10 days, have you returned from domestic air, international air, or cruise ship travel?
  - In the past 14 days, have you been instructed by a health care provider, public health authority, or government entity to self-isolate or self-quarantine?

**Face coverings:**

- All visitors 2 years of age or older who have not been fully vaccinated must wear facial coverings.
- Do not bring additional individuals or family members with you to your appointment. Only interpreters, attorneys, or those providing needed assistance if you are disabled will be permitted to accompany you and will be required to wear a face covering if not fully vaccinated.

### APPLICANT'S INFORMATION WORKSHEET (AIW)

**NAME:**  RAWAN   ESLAM KAMIL   ALI
FIRST   MIDDLE   LAST

**LIST ANY OTHER NAMES USED** (MAIDEN NAME, PREVIOUS MARRIAGE, ALIAS, ETC.):

1) _____
FIRST   MIDDLE   LAST

2) _____
FIRST   MIDDLE   LAST

**DATE OF BIRTH:**  JAN   04   2006
MONTH   DAY   YEAR

**COUNTRY OF BIRTH:** QATAR   **COUNTRY OF CITIZENSHIP:** SUDAN

**GENDER:** (CHECK ONE)    **RACE:** (CHECK ONE)
- ☐ MALE    ☐ ASIAN    ☐ NATIVE AMERICAN
- ☑ FEMALE    ☑ BLACK    ☐ UNKNOWN
- ☐ OTHER    ☐ CAUCASIAN/LATINO

**EYE COLOR:** (CHECK ONE)    **HAIR COLOR:** (CHECK ONE)
- ☑ BLACK    ☐ HAZEL    ☐ BALD    ☐ ORANGE
- ☐ BLUE    ☐ MAROON    ☑ BLACK    ☐ PINK
- ☐ BROWN    ☐ MULTICOLOR    ☐ BLOND OR STRAWBERRY    ☐ PURPLE
- ☐ GRAY    ☐ PINK    ☐ BLUE    ☐ RED OR AUBURN
- ☐ GREEN    ☐ UNKNOWN    ☐ BROWN    ☐ SANDY
-      ☐ GRAY    ☐ WHITE
-      ☐ GREEN    ☐ UNKNOWN

**HEIGHT:** 5' 57"  OR  170  **WEIGHT:** 165  OR  75
FEET/INCHES   CENTIMETERS   POUNDS   KILOGRAMS

When you provide your digital signature, you will be attesting to the following:

*I declare under penalty of perjury that I have reviewed and understand the document(s) identified by the receipt number displayed on the screen above, and that all the information in these materials is complete, true, and correct. This includes any:*

- *application, petition, or request that I submitted;*
- *application, petition, or request that I provided on behalf of my derivative beneficiary;*
- *application, petition, or request that was submitted on my behalf; and*
- *supporting documents, applications, petitions, or requests filed with my application, petition, or request that I (or my attorney or accredited representative) filed with USCIS, or that was filed on my behalf.*

### RETURN "AIW" TO APPLICANT

14

AIW: Revised 17 MAY 2021

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice -<br>APPLICANT COPY | CASE TYPE<br>I829C - PETITION TO REMOVE CONDITIONS | | NOTICE DATE<br>08/07/2021 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER<br>WAC2118050330 | | USCIS A#<br>A066 847 274 | CODE<br>2 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER<br>CSC | PAGE<br>1 of 2 |

AHMED ESLAM KAMIL ALI
312 NOVEL
IRVINE CA 92618



**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** To process your application, petition, or request, U.S. Citizenship and Immigration Services (USCIS) must collect your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified.

**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPOINTMENT MAY NOT BE RESCHEDULED. TO REQUEST THAT USCIS RESCHEDULE YOUR APPOINTMENT, SEE THE INSTRUCTIONS AT THE BOTTOM OF THIS NOTICE. IF USCIS DOES NOT RESCHEDULE YOUR APPOINTMENT, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED AND DENIED.**

| APPLICATION SUPPORT CENTER<br>USCIS TUSTIN<br>14541 Red Hill Avenue<br>Tustin CA 92780 | DATE AND TIME OF APPOINTMENT<br>09/03/2021<br>09:00AM |
|---|---|

**WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE.** If you received multiple ASC notices, bring all notices to your first appointment, and
2. **PHOTO IDENTIFICATION.** Your biometrics will not be collected without identification. You must bring a valid government-issued photo identification document. If the name on your ASC notice is different than the name on your ASC notice, bring supporting documentation. If you filed an Application for Naturalization (Form N-400) or Application to Replace Permanent Resident Card (Form I-90), you must bring your Permanent Resident Card (also known as a Green Card).

Only those necessary to assist you with transportation or completion of the biometrics worksheet should accompany you to your ASC appointment. If you have open wounds, bandages, or casts when you appear for biometrics submission, USCIS may reschedule your appointment if we determine your injuries may interfere with biometrics submission. Please do not visit a USCIS office if you are sick or feel any symptoms of being sick. Follow the instructions on this notice to reschedule your appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometrics collection. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/forms-information/preparing-your-biometric-services-appointment. If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 1-800-767-1833).

**NOTE:** If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available date and time. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your appointment. If USCIS reschedules your appointment for any reason, you will receive a new ASC appointment notice.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit https://www.fbi.gov/services/cjis/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement.

## REQUESTS TO RESCHEDULE/SPECIAL HANDLING

If you are unable to attend your scheduled ASC appointment, you may request that USCIS reschedule your appointment by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). **Your request to reschedule must:** 1) be made before the date and time of the original appointment and 2) establish good cause for rescheduling. If you fail to make a request before your scheduled appointment or fail to establish good cause, USCIS may not reschedule your ASC appointment. If USCIS does not reschedule your appointment, your application, petition, or request will be considered abandoned and denied.

If you have a serious ongoing medical condition and you cannot leave your home/hospital, you may request a mobile biometrics/homebound appointment by following the instructions on the back in the Notice for People with Disabilities or by visiting uscis.gov/accommodations.

BIOMETRICS PROCESSING STAMP

ASC SITE CODE ___XLH___

BIOMETRICS QA REVIEW BY:

___S9198___ ON ___SEP 0 3 2021___

TENPRINTS QA REVIEW BY:

ON

APPLICATION NUMBER
I829C- WAC2118050330



If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  04/01/19

Department of Homeland Security
U.S. Citizenship and Immigration Service

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

### Important Changes to Biometrics Services Appointments Related to COVID-19

**Appointments**

- You must have a scheduled appointment before arriving at a USCIS office. Only appear on your scheduled date and time.
- Do not arrive more than 15 minutes before your appointment. Only military members may appear without an appointment.
- Fill out the Applicant Information Worksheet below and bring it to your appointment to complete the biometric collection process.
- If you are ill, you should reschedule your appointment. Follow the instructions on your appointment notice to reschedule.
- On the day of your appointment, please check for office closures or other important information here: www.uscis.gov/about-us/uscis-office-closings.
- You may NOT enter a USCIS facility if you answer YES to any of the following questions:
  - Do you have COVID-19 or any symptoms of COVID-19 to include coughing, fever, difficulty breathing, new loss of smell or taste, fatigue, muscle aches, headache, congestion, sore throat, or vomiting?
  - If not fully vaccinated (a person is considered fully vaccinated two weeks after receiving the last recommended dose of vaccine), in the past 14 days, have you been in close contact (within six feet for 15 minutes or more) with anyone known to have COVID-19?
  - If not fully vaccinated (a person is considered fully vaccinated two weeks after receiving the last recommended dose of vaccine), in the past 10 days, have you returned from domestic air, international air, or cruise ship travel?
  - In the past 14 days, have you been instructed by a health care provider, public health authority, or government entity to self-isolate or self-quarantine?

**Face coverings:**

- All visitors 2 years of age or older who have not been fully vaccinated must wear facial coverings.
- Do not bring additional individuals or family members with you to your appointment. Only interpreters, attorneys, or those providing needed assistance if you are disabled will be permitted to accompany you and will be required to wear a face covering if not fully vaccinated.

### APPLICANT'S INFORMATION WORKSHEET (AIW)

**NAME:** AHMED          ESLAM   KAMIL          ALi

FIRST                    MIDDLE                  LAST

**LIST ANY OTHER NAMES USED (MAIDEN NAME, PREVIOUS MARRIAGE, ALIAS, ETC.):**

1) _____

FIRST                    MIDDLE                  LAST

2) _____

FIRST                    MIDDLE                  LAST

**DATE OF BIRTH:**  JUN ~~APR~~   02   2010

MONTH   DAY   YEAR

**COUNTRY OF BIRTH:**  QATAR          **COUNTRY OF CITIZENSHIP:** SUDAN

**GENDER:** (CHECK ONE)          **RACE:** (CHECK ONE)
- ☑ MALE          ☐ ASIAN          ☐ NATIVE AMERICAN
- ☐ FEMALE          ☑ BLACK          ☐ UNKNOWN
- ☐ OTHER          ☐ CAUCASIAN/LATINO

**EYE COLOR:** (CHECK ONE)          **HAIR COLOR:** (CHECK ONE)
- ☑ BLACK          ☐ HAZEL          ☐ BALD          ☐ ORANGE
- ☐ BLUE          ☐ MAROON          ☑ BLACK          ☐ PINK
- ☐ BROWN          ☐ MULTICOLOR          ☐ BLOND OR STRAWBERRY          ☐ PURPLE
- ☐ GRAY          ☐ PINK          ☐ BLUE          ☐ RED OR AUBURN
- ☐ GREEN          ☐ UNKNOWN          ☐ BROWN          ☐ SANDY
                    ☐ GRAY          ☐ WHITE
                    ☐ GREEN          ☐ UNKNOWN

**HEIGHT:** 5' 24"   OR   160          **WEIGHT:** 132   OR   60
FEET/INCHES   CENTIMETERS          POUNDS   KILOGRAMS

When you provide your digital signature, you will be attesting to the following:

*I declare under penalty of perjury that I have reviewed and understand the document(s) identified by the receipt number displayed on the screen above, and that all the information in these materials is complete, true, and correct. This includes any:*

- *application, petition, or request that I submitted;*
- *application, petition, or request that I provided on behalf of my derivative beneficiary;*
- *application, petition, or request that was submitted on my behalf; and*
- *supporting documents, applications, petitions, or requests filed with my application, petition, or request that I (or my attorney or accredited representative) filed with USCIS, or that was filed on my behalf.*

### RETURN "AIW" TO APPLICANT

16

AIW: Revised 17 MAY 2021

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C   04/01/19



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice - APPLICANT COPY | CASE TYPE I829C - PETITION TO REMOVE CONDITIONS | | NOTICE DATE 08/07/2021 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER WAC2118050329 | | USCIS A# A066 847 273 | CODE 2 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER CSC | PAGE 1 of 2 |

ROVAN ESLAM KAMIL ALI
312 NOVEL
IRVINE CA 92618



PLEASE READ THIS ENTIRE NOTICE CAREFULLY. To process your application, petition, or request, U.S. Citizenship and Immigration Services (USCIS) must collect your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified.

IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPOINTMENT MAY NOT BE RESCHEDULED. TO REQUEST THAT USCIS RESCHEDULE YOUR APPOINTMENT, SEE THE INSTRUCTIONS AT THE BOTTOM OF THIS NOTICE. IF USCIS DOES NOT RESCHEDULE YOUR APPOINTMENT, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED AND DENIED.

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS TUSTIN 14541 Red Hill Avenue Tustin CA 92780 | 09/03/2021 02:00PM |

WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:

1. **THIS APPOINTMENT NOTICE.** If you received multiple ASC notices, bring all notices to your first appointment, and
2. **PHOTO IDENTIFICATION.** Your biometrics will not be collected without identification. You must bring a valid government-issued photo identification document. If the name on your identification is different than the name on your ASC notice, bring supporting documentation. If you filed an Application for Naturalization (Form N-400) or Application to Replace Permanent Resident Card (Form I-90), you must bring your Permanent Resident Card (also known as a Green Card).

Only those necessary to assist you with transportation or completion of the biometrics worksheet should accompany you to your ASC appointment. If you have open wounds, bandages, or casts when you appear for biometrics submission, USCIS may reschedule your appointment if we determine your injuries may interfere with biometrics submission. Please do not visit a USCIS office if you are sick or feel any symptoms of being sick. Follow the instructions on this notice to reschedule your appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometrics collection. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/forms-information/preparing-your-biometric-services-appointment. If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

NOTE: If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available date and time. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your appointment. If USCIS reschedules your appointment for any reason, you will receive a new ASC appointment notice.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit https://www.fbi.gov/services/cjis/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement.

### REQUESTS TO RESCHEDULE/SPECIAL HANDLING

If you are unable to attend your scheduled ASC appointment, you may request that USCIS reschedule your appointment by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). Your request to reschedule must: 1) be made before the date and time of the original appointment and 2) establish good cause for rescheduling. If you fail to make a request before your scheduled appointment or fail to establish good cause, USCIS may not reschedule your ASC appointment. If USCIS does not reschedule your appointment, your application, petition, or request will be considered abandoned and denied.

If you have a serious ongoing medical condition and you cannot leave your home/hospital, you may request a mobile biometrics/homebound appointment by following the instructions on the back in the Notice for People with Disabilities or by visiting uscis.gov/accommodations.

APPLICATION NUMBER
I829C- WAC2118050329



BIOMETRICS PROCESSING STAMP
ASC SITE CODE    XCH
BIOMETRICS QA REVIEW BY:
592013    ON    SEP 03 2021
TENPRINTS QA REVIEW BY:
                    ON

If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

17

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  04/01/19

Department of Homeland Security
U.S. Citizenship and Immigration Services



Form I-797C, Notice of Action

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

### Important Changes to Biometrics Services Appointments Related to COVID-19

**Appointments**

- You must have a scheduled appointment before arriving at a USCIS office. Only appear on your scheduled date and time.
- Do not arrive more than 15 minutes before your appointment. Only military members may appear without an appointment.
- Fill out the Applicant Information Worksheet below and bring it to your appointment to complete the biometric collection process.
- If you are ill, you should reschedule your appointment. Follow the instructions on your appointment notice to reschedule.
- On the day of your appointment, please check for office closures or other important information here: www.uscis.gov/about-us/uscis-office-closings.
- You may NOT enter a USCIS facility if you answer YES to any of the following questions:
  - Do you have COVID-19 or any symptoms of COVID-19 to include coughing, fever, difficulty breathing, new loss of smell or taste, fatigue, muscle aches, headache, congestion, sore throat, or vomiting?
  - If not fully vaccinated (a person is considered fully vaccinated two weeks after receiving the last recommended dose of vaccine), in the past 14 days, have you been in close contact (within six feet for 15 minutes or more) with anyone known to have COVID-19?
  - If not fully vaccinated (a person is considered fully vaccinated two weeks after receiving the last recommended dose of vaccine), in the past 10 days, have you returned from domestic air, international air, or cruise ship travel?
  - In the past 14 days, have you been instructed by a health care provider, public health authority, or government entity to self-isolate or self-quarantine?

**Face coverings:**

- All visitors 2 years of age or older who have not been fully vaccinated must wear facial coverings.
- Do not bring additional individuals or family members with you to your appointment. Only interpreters, attorneys, or those providing needed assistance if you are disabled will be permitted to accompany you and will be required to wear a face covering if not fully vaccinated.

### APPLICANT'S INFORMATION WORKSHEET (AIW)

**NAME:** ROVAN          ESLAM KAMIL          ALI
          FIRST          MIDDLE                LAST

**LIST ANY OTHER NAMES USED (MAIDEN NAME, PREVIOUS MARRIAGE, ALIAS, ETC.):**
1) _____
          FIRST              MIDDLE              LAST
2) _____
          FIRST              MIDDLE              LAST

**DATE OF BIRTH:**   APR.        02        2017
                     MONTH       DAY       YEAR

**COUNTRY OF BIRTH:** QATAR          **COUNTRY OF CITIZENSHIP:** SUDAN

**GENDER: (CHECK ONE)**           **RACE: (CHECK ONE)**
- [ ] MALE                        - [ ] ASIAN                      - [ ] NATIVE AMERICAN
- [x] FEMALE                      - [x] BLACK                      - [ ] UNKNOWN
- [ ] OTHER                       - [ ] CAUCASIAN/LATINO

**EYE COLOR: (CHECK ONE)**                          **HAIR COLOR: (CHECK ONE)**
- [x] BLACK        - [ ] HAZEL                       - [x] BALD                          - [ ] ORANGE
- [ ] BLUE         - [ ] MAROON                      - [ ] BLACK                         - [ ] PINK
- [ ] BROWN        - [ ] MULTICOLOR                  - [ ] BLOND OR STRAWBERRY           - [ ] PURPLE
- [ ] GRAY         - [ ] PINK                        - [ ] BLUE                          - [ ] RED OR AUBURN
- [ ] GREEN        - [ ] UNKNOWN                     - [ ] BROWN                         - [ ] SANDY
                                                     - [ ] GRAY                          - [ ] WHITE
                                                     - [ ] GREEN                         - [ ] UNKNOWN

**HEIGHT:** 3' 6"    OR   110            **WEIGHT:** 55       OR   25
            FEET/INCHES    CENTIMETERS              POUNDS        KILOGRAMS

When you provide your digital signature, you will be attesting to the following:

*I declare under penalty of perjury that I have reviewed and understand the document(s) identified by the receipt number displayed on the screen above, and that all the information in these materials is complete, true, and correct. This includes any:*

- application, petition, or request that I submitted;
- application, petition, or request that I provided on behalf of my derivative beneficiary;
- application, petition, or request that was submitted on my behalf; and
- supporting documents, applications, petitions, or requests filed with my application, petition, or request that I (or my attorney or accredited representative) filed with USCIS, or that was filed on my behalf.

### RETURN "AIW" TO APPLICANT

18

AIW: Revised 17 MAY 2021

---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  04/01/19

Department of Homeland Security
U.S. Citizenship and Immigration Service

Exhibit I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice - APPLICANT COPY | CASE TYPE I829C - PETITION TO REMOVE CONDITIONS | | NOTICE DATE 08/14/2021 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER WAC2118050332 | | USCIS A# A066 847 276 | CODE 3 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER CSC | PAGE 1 of 2 |



KAMIL ESLAM KAMIL ALI
312 NOVEL
IRVINE CA 92618

PLEASE READ THIS ENTIRE NOTICE CAREFULLY. To process your application, petition, or request, U.S. Citizenship and Immigration Services (USCIS) must collect your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified.

IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPOINTMENT MAY NOT BE RESCHEDULED. TO REQUEST THAT USCIS RESCHEDULE YOUR APPOINTMENT, SEE THE INSTRUCTIONS AT THE BOTTOM OF THIS NOTICE. IF USCIS DOES NOT RESCHEDULE YOUR APPOINTMENT, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED AND DENIED.

| APPLICATION SUPPORT CENTER USCIS TUSTIN 14541 Red Hill Avenue Tustin CA 92780 | DATE AND TIME OF APPOINTMENT 09/07/2021 10:00AM |
|---|---|

WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:

1. THIS APPOINTMENT NOTICE. If you received multiple ASC notices, bring all notices to your first appointment, and
2. PHOTO IDENTIFICATION. Your biometrics will not be collected without identification. You must bring a valid government-issued photo identification document. If the name on your identification is different than the name on your ASC notice, bring supporting documentation. If you filed an Application for Naturalization (Form N-400) or Application to Replace Permanent Resident Card (Form I-90), you must bring your Permanent Resident Card (also known as a Green Card).

Only those necessary to assist you with transportation or completion of the biometrics worksheet should accompany you to your ASC appointment. If you have open wounds, bandages, or casts when you appear for biometrics submission, USCIS may reschedule your appointment if we determine your injuries may interfere with biometrics submission. Please do not visit a USCIS office if you are sick or feel any symptoms of being sick. Follow the instructions on this notice to reschedule your appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometrics collection. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/forms-information/preparing-your-biometric-services-appointment. If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

NOTE: If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available date and time. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your appointment. If USCIS reschedules your appointment for any reason, you will receive a new ASC appointment notice.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit https://www.fbi.gov/services/cjis/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement.

### REQUESTS TO RESCHEDULE/SPECIAL HANDLING

If you are unable to attend your scheduled ASC appointment, you may request that USCIS reschedule your appointment by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). Your request to reschedule must: 1) be made before the date and time of the original appointment and 2) establish good cause for rescheduling. If you fail to make a request before your scheduled appointment or fail to establish good cause, USCIS may not reschedule your ASC appointment. If USCIS does not reschedule your appointment, your application, petition, or request will be considered abandoned and denied.

If you have a serious ongoing medical condition and you cannot leave your home/hospital, you may request a mobile biometrics/homebound appointment by following the instructions on the back in the Notice for People with Disabilities or by visiting uscis.gov/accommodations.

APPLICATION NUMBER
I829C- WAC2118050332



BIOMETRICS PROCESSING STAMP
ASC SITE CODE YLH
BIOMETRICS QA REVIEW BY:
5 92 306   ON   SEP 07 2021
TENPRINTS QA REVIEW BY:
5 92 306   ON   SEP 07 2021

If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

19

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  04/01/19

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

### Important Changes to Biometrics Services Appointments Related to COVID-19

USCIS Application Support Centers (ASC) are open with additional precautions to prevent the spread of the coronavirus disease (COVID-19). For the most updated visitor guidance and facility entrance requirements, on the day of your appointment please visit: www.uscis.gov/about-us/uscis-response-to-covid-19.

#### Appointments

- You must have a scheduled appointment before arriving at a USCIS office. Only appear on your scheduled date and time at the designated location.
- Do not arrive more than 15 minutes before your appointment. Only military members may appear without an appointment.
- Do not bring additional individuals or family members with you to your appointment. Only interpreters, attorneys or those providing needed assistance if you are disabled will be permitted to accompany you.
- Fill out the Applicant Information Worksheet below and bring it to your appointment to complete the biometric collection process.
- If you are ill, you should reschedule your appointment. Please call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833) to reschedule.
- On the day of your appointment, please check for office closures or other important information here: www.uscis.gov/about-us/uscis-office-closings.

#### Entrance to USCIS Facilities (Application Support Centers)

You may not enter a USCIS facility if you have:
- COVID-19 or any symptoms of COVID-19 (according to the CDC) including, but not limited to, recently developed cough, fever, difficulty breathing, new loss of smell or taste, fatigue, muscle aches, headache, congestion, sore throat, or vomiting;
- Been in close contact (within 6 feet for a total of 15 minutes or more) with anyone known to have COVID-19 in the past 14 days (unless you are fully vaccinated or you are a health careworker and consistently wear an N-95 respirator and proper personal protective equipment (PPE) or equivalent when in contact with COVID-19 positive individuals);
- Returned from domestic air, international air, or cruise ship travel in the past 10 days (unless you are fully vaccinated);
- Been instructed by a health care provider, public health authority, or government entity to self-isolate or self-quarantine in the past 14 days;
- You may also have to answer health screening questions before entering a facility;
- For more information for visiting USCIS facilities, please visit: www.uscis.gov/about-us/uscis-visitor-policy.

#### Face coverings and Social Distancing

- In all areas of the country, all USCIS employees, on-site contractors, and visitors, regardless of vaccination status or level of COVID-19 transmission in your local area, are required to wear a mask inside all DHS and USCIS workspaces and federal buildings. USCIS may deny entry to individuals who do not wear a face covering.
- In DHS-controlled spaces, this guidance supersedes state, local, tribal, or territorial rules and regulations regarding face coverings.
- All federal employees, on-site contractors, and visitors must follow local USCIS guidance on physical distancing (such as sitting and standing apart from others) and workplace protection guidance consistent with Centers for Disease Control and Prevention (CDC) and agency guidance.

### APPLICANT'S INFORMATION WORKSHEET (AIW)

NAME: _KAMIL_ _ESLAM KAMIL_ _ALI_
FIRST · MIDDLE · LAST

LIST ANY OTHER NAMES USED (MAIDEN NAME, PREVIOUS MARRIAGE, ALIAS, ETC.):
1) _____ _____ _____
FIRST · MIDDLE · LAST
2) _____ _____ _____
FIRST · MIDDLE · LAST

DATE OF BIRTH: _MAY_ _03_ _2004_
MONTH · DAY · YEAR

COUNTRY OF BIRTH: _QATAR_       COUNTRY OF CITIZENSHIP: _SUDAN_

GENDER: (CHECK ONE)
- [x] MALE
- [ ] FEMALE
- [ ] OTHER

RACE: (CHECK ONE)
- [ ] ASIAN
- [x] BLACK
- [ ] CAUCASIAN/LATINO
- [ ] NATIVE AMERICAN
- [ ] UNKNOWN

EYE COLOR: (CHECK ONE)
- [ ] BLACK
- [ ] BLUE
- [ ] BROWN
- [ ] GRAY
- [ ] GREEN
- [ ] HAZEL
- [ ] MAROON
- [ ] MULTICOLOR
- [ ] PINK
- [ ] UNKNOWN

HAIR COLOR: (CHECK ONE)
- [ ] BALD
- [x] BLACK
- [ ] BLOND OR STRAWBERRY
- [ ] BLUE
- [ ] BROWN
- [ ] GRAY
- [ ] GREEN
- [ ] ORANGE
- [ ] PINK
- [ ] PURPLE
- [ ] RED OR AUBURN
- [ ] SANDY
- [ ] WHITE
- [ ] UNKNOWN

HEIGHT: _6, 4"_  OR  _____       WEIGHT: _215_  OR  _____
FEET/INCHES · CENTIMETERS · POUNDS · KILOGRAMS

When you provide your digital signature, you will be attesting to the following:

*I declare under penalty of perjury that I have reviewed and understand the document(s) identified by the receipt number displayed on the screen above, and that all the information in these materials is complete, true, and correct. This includes any:*

- *application, petition, or request that I submitted;*
- *application, petition, or request I provided on behalf of my derivative beneficiary;*
- *application, petition, or request that was submitted on my behalf; and*
- *supporting documents, applications, petitions, or requests filed with my application, petition, or request that I (or my attorney or accredited representative) filed with USCIS, or that was filed on my behalf.*

### RETURN "AIW" TO APPLICANT

20

AIW: REVISED 28 JULY 2021

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  04/01/19